UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| EILEEN BERGQUIST, | |
|     Plaintiff | |
| v. | Civ. No. 98-2172(PG) |
| JANSSEN PRODUCTS A DIVISION OF OMJ PHARMACEUTICALS, INC. AND JOHNSON & JOHNSON PHARMACEUTICALS PARTNERS, | |
|     Defendants | |

## PARTIAL JUDGMENT

The Court having entered an order dismissing the case against co-defendant Janssen Products, a Division of OMJ Pharmaceuticals, Inc., for lack of jurisdiction and for failure to state a claim upon which relief can be granted, it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED** as to co-defendant Janssen Products, a Division of OMJ Pharmaceuticals, Inc.

San Juan, Puerto Rico, September _13_, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev.8/82)

(2)

