UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| EILEEN BERQUIST,<br><br>Plaintiff<br><br>v.<br><br>JANSSEN PRODUCTS A DIVISION OF OMJ PHARMACEUTICALS, INC., ET AL.,<br><br>Defendants | Civ. No. 98-2172 (PG) |

## OPINION & ORDER

On September 10, 1999, this Court issued an Opinion and Order dismissing Plaintiff Eileen Berquist's complaint for lack of jurisdiction and failure to state a claim upon which relief can be granted against Defendant Janssen Products A Division of OMJ Pharmaceuticals, Inc. (Dkt. 10) In the September 10 Opinion and Order, the Court also gave Plaintiff 10 days to show cause as to why her complaint against Johnson & Johnson Pharmaceutical Partners should not be dismissed for the same reasons discussed in the September 10 Opinion and Order. (Dkt. 10) Plaintiff filed its Motion Pursuant to Court Order on September 21, 1999, stating that "the Court [having] ruled in the fashion it did as to establishing the diversity jurisdiction between the above named parties, Plaintiff feels there is no need to file any argument that would convince this Court otherwise." (Dkt. 12) The Court therefore DISMISSES the complaint against Johnson & Johnson for the same reasons elaborated in the September 10 Opinion and Order.

**IT IS SO ORDERED.**
San Juan, Puerto Rico, April 10, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

