ENTERED ON DOCKET
4/11/00 PURSUANT
TO FRCP RULES 58 & 79

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

EILEEN BERQUIST,

 Plaintiff

v.   Civ. No. 98-2172 (PG)

JANSSEN PRODUCTS A DIVISION OF OMJ
PHARMACEUTICALS, INC., ET AL.,

 Defendants

*************************

## JUDGMENT

Having determined that Plaintiff Eileen Berquist's complaint failed to state a claim upon relief can be granted and also finding a lack of jurisdiction, it is hereby

**ORDERED and ADJUDGED** that the complaint against Defendant Johnson & Johnson Pharmaceutical Partners is **DISMISSED**.

San Juan, Puerto Rico, April 10, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)